UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAUL WILLIAM LEWIS, | ) |
| Petitioner, | ) |
| v. | ) No. 3:19-CV-411-DCLC-DCP |
| STATE OF TENNESSEE, | ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion:

1. Petitioner's motions to amend his petition [Docs. 10 and 12] are **DENIED**;

2. Petitioner's claims for relief under § 2254 in the petition are **DISMISSED without prejudice** as it is apparent from his filings and the state court record that Petitioner has not exhausted his state court remedies for those claims;

3. Respondent's motion to dismiss [Doc. 8] is **DENIED as moot**;

4. This action is **DISMISSED**;

5. A certificate of appealability will not issue;

6. As Court certified that any appeal in this matter would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*; and

7. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT